UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER SHERMAN LEGARDY,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNRISE MALL OWNER GROUP, et al.,<br><br>        Defendants. | No. 2:25-cv-2513 DJC AC PS<br><br><br><br>ORDER |

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On October 9, 2025 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 5.) Plaintiff has not filed objections to the findings and recommendations, although the Court has reviewed a Letter (ECF No. 6) filed by Plaintiff as well as a Request for Ruling (ECF No. 7).

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed October 9, 2025, are adopted in full; and

2. This action is dismissed, without prejudice, for lack of prosecution and for lack of federal jurisdiction.  *See* 28 U.S.C. §§ 1331 and 1332(a); Fed. R. Civ. P. 41(b); Local Rule 110.

3. This Order resolves all pending motions, and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Lega2513.800

2